# United States District Court
## District of Hawaii

RECEIVED
'03 OCT 22 P3:50
U.S. PROBATION OFFICE
HONOLULU, HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 2 3 2003
at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PATRICIA A. LEWIS<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 1:03CR00213-001<br><br>Alexander Silvert, FAFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>General Condition and Standard Condition No. 7, Special Condtion No. 3, Special Condition No. 4 and Special Condition No. 5</u> of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 4/22/1951

Defendant's USM No.: 95-017-022

Defendant's Residence Address:
596 Iana St.
Kailua, Hawaii 96734

Defendant's Mailing Address:
596 Iana St.
Kailua, Hawaii 96734

October 16, 2003
Date of Imposition of Sentence

_Leslie E. Kobayashi_ (signature)
Signature of Judicial Officer

**LESLIE E. KOBAYASHI**, United States Magistrate Judge
Name & Title of Judicial Officer

Oct 21, 2003
Date

AO 245 D (Rev. 3/95) Judgment in a Crim   Case for Revocation Sheet I

CASE NUMBER:      1:03CR00213-001                                      Judgment - Page 2 of 3
DEFENDANT:        PATRICIA A. LEWIS

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject submitted a urine specimen that tested positive for cocaine | 6/4/03 and 7/11/03 |
| 2 | Subject admitted using cocaine | 7/19/03 |
| 3 | Subject refused to comply with drug testing | 7/3/03<br>7/8/03<br>7/16/03<br>8/27/03<br>9/24/03 and<br>9/25/03 |
| 4 | Subject consumed alcohol | 7/18/03 and 9/18/03 |
| 5 | Subject failed to participate in a substance abuse program | 9/18/03 |
| 6 | Subject violated the conditions of home detention with electronic monitoring | 8/23/03<br>8/25/03<br>8/29/03<br>9/3/033<br>9/18/03<br>9/24/03<br>9/26/03 and<br>9/27/03 |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonm

| | |
|---|---|
| CASE NUMBER: | 1:03CR00213-001 |
| DEFENDANT: | PATRICIA A> LEWIS |

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 MONTHS .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal